**FILED**

AUG 07 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Demetrius Verdell Henderson BL6063
Name and Prisoner/Booking Number

CSP-SAC
Place of Confinement

P.O. Box 290066
Mailing Address

Represa, CA 95671
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Demetrius Verdell Henderson
(Full Name of Plaintiff)         Plaintiff,

v.

California Department of Correction
(1) and Rehabilitation CSP-SAC
(Full Name of Defendant)

(2) CDCR - DVI

(3)

(4)
                    Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

)
)
)
)
)  CASE NO. 2 20 CV 1576 EFB
)      (To be supplied by the Clerk)
)
)
)  **CIVIL RIGHTS COMPLAINT**
)      **BY A PRISONER**
)
)  ■ Original Complaint
)  ☐ First Amended Complaint
)  ☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:

   ■ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983

   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).

   ☐ Other: _____

2. Institution/city where violation occurred: CSP-SAC, Represa & DVI, Tracy .

Revised 3/15/2016                    1

## B. DEFENDANTS

1. Name of first Defendant: <u>CDCR</u> . The first Defendant is employed as:
<u>Prison</u> at <u>CSP - SAC -Represa CA</u>
   (Position and Title)      (Institution)

2. Name of second Defendant: <u>CDCR</u> . The second Defendant is employed as:
<u>Prison</u> at <u>DVI -Tracy CA</u>
   (Position and Title)      (Institution)

3. Name of third Defendant: _____ . The third Defendant is employed as:
_____ at _____
   (Position and Title)      (Institution)

4. Name of fourth Defendant: _____ . The fourth Defendant is employed as:
_____ at _____
   (Position and Title)      (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner? ☐ Yes  ☑ No

2. If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

   a. First prior lawsuit:
   1. Parties: _____ v. _____
   2. Court and case number: _____
   3. Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_____

   b. Second prior lawsuit:
   1. Parties: _____ v. _____
   2. Court and case number: _____
   3. Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_____

   c. Third prior lawsuit:
   1. Parties: _____ v. _____
   2. Court and case number: _____
   3. Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_____

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: _Proper medical treatment for my medical conditions_

2. **Claim I. Identify the issue involved. Check only one. State additional issues in separate claims.**

   ☐ Basic necessities      ☐ Mail      ☐ Access to the court      ■ Medical care
   ☐ Disciplinary proceedings    ☐ Property      ☐ Exercise of religion      ☐ Retaliation
   ☐ Excessive force by an officer    ☐ Threat to safety   ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   _I have small bowel Syndrome and chronic diarrhea, CSP-Sac Represa CA and OUT, Tracy CA did not provide proper medical treatment for my medical condition, CDCR clearly stated to me they could not possibly meet my required medical treatment of six to eight meals a day, a high protein diet, low fat, Hydralyte for rehydration, healthy carbohydrates, no greasy foods, or insoluble fiber, specific vegetables and fruit and so forth. I need further surgery to correct my condition which went without concern or action to proceed forward. I went weeks with out much needed medicine. I was told in writting and verbally Covid 19 has priority over my medical condition unless it became a emergency!_

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   _My body, intestine's have not healed properly, I've been fill bally, I have blood in my stool often, I stay fatigued, my anus stays raw for weeks at a time, stay in distress, pain and agony daily_

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?      ■ Yes   ☐ No
   b. Did you submit a request for administrative relief on Claim I?      ■ Yes   ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level?      ■ Yes   ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

**CLAIM II**

1. State the constitutional or other federal civil right that was violated: Forced labor while disabled, ADA violation

2. **Claim II.** Identify the issue involved. Check **only one.** State additional issues in separate claims.

   ☐ Basic necessities     ☐ Mail     ☐ Access to the court     ☐ Medical care
   ☐ Disciplinary proceedings     ☐ Property     ☐ Exercise of religion     ☐ Retaliation
   ☐ Excessive force by an officer     ☒ Threat to safety     ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   At CSP-SAC, Represa CA, I was told I had to work or disciplinary action would be taken despite being disabled. I work in the warehouse where there are forklifts being used and electric pellet jacks as well as heavy lifting. I had to work after being up all day and night with chronic diarrhea in pain, agony and severly fatigued around moving forklifts et cetra. I had to push my self to work causing more damage to my body (holding in my diarrhea and fighting sleep putting me in danger of hospitalization or worse. I fell asleep standing up at one point while unloading a truck with supplies, my body just shut down. I could fall off the dock loading deck or be hit by moving equipment, be injured stocking pellets, lifting weights that are more than I'm suppose to lift and having to work having accidents from my chronic diarrhea in my underwear adding working very dehydrated because and malnutrienon from my small bowel syndrome.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   I was unable to stay back on bed rest when my disability was hurting me badly. I worked distressed, in pain, agony, dehydrated, fatigued worsing my health condition or face disciplinary action

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?     ☒ Yes   ☐ No
   b. Did you submit a request for administrative relief on Claim II?     ☒ Yes   ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level?     ☐ Yes   ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

4

## CLAIM III

1. State the constitutional or other federal civil right that was violated: _____
_____.

2. **Claim III.** Identify the issue involved. Check only one. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

_____
_____
_____

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☐ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim III?  ☐ Yes  ☐ No
   c. Did you appeal your request for relief on Claim III to the highest level?  ☐ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
_____.

**If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.**

5

## E.  REQUEST FOR RELIEF

State the relief you are seeking:

_____

_____

_____

_____

_____

_____


I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____        _____
                          **DATE**                                              **SIGNATURE OF PLAINTIFF**


_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)


_____
(Signature of attorney, if any)

_____

_____
(Attorney's address & telephone number)


## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.  If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages.  If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.