UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIUS VERDELL HENDERSON,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTION AND REHABILITATION, et al.,<br><br>Defendants. | No. 2:20-cv-1576-EFB P<br><br><br><br>ORDER |

Demetrius Henderson is a state prisoner proceeding without counsel. This action was opened when he submitted to the court an unsigned complaint and an incomplete application for leave to proceed in forma pauperis. ECF Nos. 1 & 2. Mr. Henderson has not properly commenced a civil action.

A complaint is necessary for the commencement of a civil action. Fed. R. Civ. P. 3. Rule 11 of the Federal Rules of Civil Procedure requires that "[e]very pleading, written motion, and other paper . . . be signed by at least one attorney of record in the attorney's name—or by a party personally if the party is unrepresented." Fed. R. Civ. P. 11(a). Because Mr. Henderson did not sign the complaint (ECF No. 1), it will be disregarded. Within thirty days, Mr. Henderson may file a complaint that is signed. *See* Fed. R. Civ. P. 3 ("A civil action is commenced by filing a complaint with the court."). Failure to comply with this order may result in an order closing

1

1 this case. In addition, Mr. Henderson must pay the $400 filing fee required by 28 U.S.C.
2 § 1914(a) or submit a complete application for leave to proceed in forma pauperis. Once Mr.
3 Henderson files a proper application for leave to proceed in forma pauperis, the Clerk of the
4 Court will order CDCR to submit the required trust account statement directly to the court. Until
5 Mr. Henderson submits a signed complaint and either pays the filing fee or meets the
6 requirements of 28 U.S.C. § 1915(a), there simply is no case before the court.

      Accordingly, it hereby is ORDERED that:

1. The Clerk of the Court shall send to Mr. Henderson the form complaint and application for leave to proceed in forma pauperis used in this court;

2. Within 30 days from the date of service of this order, Mr. Henderson shall either pay the $400 filing fee or submit a complete application for leave to proceed in forma pauperis; and

3. Within 30 days from the date of service of this order, Mr. Henderson shall submit a signed complaint stating the nature of the action and his belief that he is entitled to redress. Failure to comply with this order may result in this case being closed.

DATED: September 29, 2020.

                              EDMUND F. BRENNAN
                              UNITED STATES MAGISTRATE JUDGE