UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIUS VERDELL HENDERSON,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTION AND REHABILITATION, et al.,<br><br>Defendants. | Case No. 2:20-cv-1576 JDP (PC)<br><br>ORDER DIRECTING THE CLERK TO CLOSE THE CASE |

Demetrius Henderson is a state prisoner proceeding without counsel. This action was opened when he submitted an unsigned complaint and an incomplete application to proceed in forma pauperis. ECF Nos. 1, 2. On September 29, 2020, the previously assigned magistrate judge informed Mr. Henderson that to properly commence a civil action, he needed to file a signed complaint and either pay the filing fee or submit an application to proceed in forma pauperis. ECF No. 4. Mr. Henderson was granted thirty days to submit the required documents and warned that failure to do so would result in this case being closed.[1] *Id*.

---

[1] Although the docket reflects that plaintiff's copy of the September 29, 2020 order was returned, plaintiff was properly served with the order at his address of record. It is the plaintiff's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

1

To date, Mr. Henderson has not filed a signed complaint, submitted either the filing fee or application to proceed in forma pauperis, or otherwise responded to the September 29, 2020 order.  Consequently, there is no case before the court.  *See* Fed. R. Civ. P. 3.

Accordingly, it hereby is ORDERED that:

1. The clerk is directed to close the case.

2. Mr. Henderson is notified that should he wish to pursue the claims described in his unsigned complaint, ECF No. 1, he must commence a new action by submitted a signed complaint and either paying the court's filing fee or submitting an application to proceed in forma pauperis.

IT IS SO ORDERED.

Dated:    December 9, 2020

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2